United States Court of Appeals

For the Eighth Circuit

_____

No. 21-3301
_____

United States of America

*Plaintiff - Appellee*

v.

Lawrence Lalonde Colton, also known as Lo

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: May 10, 2022
Filed: May 13, 2022
[Unpublished]
_____

Before COLLOTON, GRUENDER, and BENTON, Circuit Judges.
_____

PER CURIAM.

Lawrence Colton appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Guidelines Amendment 782.

---

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

Upon careful review, we conclude that the court did not abuse its discretion in finding that a reduction was not warranted. *See United States v. Hernandez-Marfil*, 825 F.3d 410, 412 (8th Cir. 2016) (per curiam) (reviewing the denial of a § 3582(c)(2) motion for an abuse of discretion).

Accordingly, we affirm.

_____